UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 DEC 21  P 3: 39
U.S. DISTRICT COURT
NEW HAVEN, CT

UNITED STATES OF AMERICA      CRIMINAL NO.3:02-CR-370 (EBB)

v.

Andre Roberts                     December 21, 2004

## APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Comes now the United States of America, prosecuting in its own sovereign right and behalf, by Assistant United States Attorney James I. Glasser, and respectfully informs this Honorable Court:

1. That on Wednesday, December 22, at 9:00 a.m., there will come before this Court, at New Haven, Connecticut, the criminal case of <u>United States of America v. Andre Roberts</u>, Criminal No.3:02CR370(EBB).

2. That on April 12, 2004, the above-named defendant, **Andre Roberts**, pled guilty to a charge of having sold illegal drugs in violation of Title 21a-278b, and sale of hallucinagens in violation of 21a-277a and Sale of a Controlled Substance in violation of 21a-277(b)Connecticut General Statutes.

3. That the said **Andre Roberts** is now confined at the Radgowski Correctional Institution, Enfield, Connecticut.

4. That the said **Andre Roberts** should be presented before said District Court of the United States, District of Connecticut, for a hearing of probation violation at said time and place so said defendant may be prosecuted and sentenced for said offense, or from time to time thereafter as the case may be adjourned to.

WHEREFORE, your petitioner respectfully prays that this Court may issue its Writ of Habeas Corpus Ad Prosequendum to the Warden, Radgowski Correctional Institution, Montville,

Connecticut, and the United States Marshal for the District of Connecticut, or any of his proper deputies, ordering them to produce the said **Andre Roberts** at the United States Courthouse, New Haven, Connecticut, at the above time and place, or from time to time thereafter as the case may be adjourned to, under proper, safe and secure conduct.

UNITED STATES OF AMERICA

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

JAMES I. GLASSER
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET, 23RD FLOOR
NEW HAVEN, CT 06510
TEL. (203) 821-3700
FEDERAL BAR NO. ct07221

    I, James I. Glasser, verify under penalty of perjury that the foregoing is true and correct of my own knowledge except as to such matters based on information and belief, and as to such matters, I believe them to be true. (28 U.S.C. § 1746.)

Executed on December 21, 2004        JAMES I. GLASSER