UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v.    : | NO. 3:02CR00370(EBB) |
| ANDRE ROBERTS    : | |

<u>RECOMMENDATION</u>

The court recommends to the Bureau of Prisons that the above-named defendant, on completion of his state sentence, serve the remainder of his federal sentence at the Bureau's facility in Otisville, N.Y. or Fort Dix, N.J. to permit him to be as close to family members in Connecticut as possible.

_____
ELLEN BREE BURNS, SENIOR JUDGE
UNITED STATES DISTRICT COURT

Dated at New Haven, CT, this \_\_\_\_ day of April, 2005.